UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:19-cr-0296 SEB-TAB |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:19-cr |
| ) | |
| HASAN D. LONDON, ) | FILED |
| ) | SEP 05 2019 |
| Defendant. ) | U.S. CLERK'S OFFICE |
| | INDIANAPOLIS, INDIANA |

**INDICTMENT**

**COUNT 1**

[18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm]

The Grand Jury charges that:

On or about June 14, 2019, in the Southern District of Indiana, the defendant, HASAN D. LONDON, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Smith and Wesson, .40 caliber handgun, Model SD40, bearing serial number FBH0588, after having knowingly been convicted of a felony offense punishable by a term of imprisonment exceeding one year, to wit: the offense of Unlawful Possession of a Firearm by a Serious Violent Felon, in Marion County, Indiana, under cause number 49G06-1806-F4-020160, on or about February 25, 2019; and/or the offense of Criminal Confinement, in Marion County, Indiana, under cause number 49G17-1606-F6-015503, on or about June 15, 2016.

All of which is in violation of Title 18, United States Code, Section 922(g)(1).

1

## COUNT 2

[18 U.S.C. § 922(g)(9) –Possession of a Firearm by Person with a Misdemeanor Crime of Domestic Violence Conviction ]

The Grand Jury further charges that:

On or about June 14, 2019, in the Southern District of Indiana, the defendant, HASAN D. LONDON, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Smith and Wesson, .40 caliber handgun, Model SD40, bearing serial number FBH0588, after having knowingly been convicted of a misdemeanor crime of domestic violence, to wit: the offense of Domestic Battery, in Marion County, Indiana, under cause number 49G17-1606-F6-015503, on or about June 15, 2016.

In violation of Title 18, United States Code, Section 922(g)(9).

## FORFEITURE

1. The allegations in this indictment are realleged as if fully set forth here, for the purpose of giving the defendant notice of the United States' intent to seek forfeiture pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

2. If convicted of an offense set forth in this indictment, HASAN D. LONDON, defendant herein, shall forfeit to the United States any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense of which he is convicted. The property subject to forfeiture includes but is not limited to:

   a. One (1) Smith and Wesson, .40 caliber handgun, Model SD40, bearing serial number FBH0588;

   b. Any magazine and all ammunition seized on June 14, 2019.

3. Pursuant to Title 21, United States Code, Section 853(p), the court shall order the forfeiture of any other property of the defendant, up to the value of any property described in

paragraph 2, if, by any act or omission of the defendant, the property described in paragraph 2, or any portion thereof:

 a. cannot be located upon the exercise of due diligence;
 b. has been transferred or sold to, or deposited with, a third party;
 c. has been placed beyond the jurisdiction of the court;
 d. has been substantially diminished in value; or
 e. has been commingled with other property which cannot be divided without difficulty.

In keeping with the foregoing, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of all forfeitable property as described above in Paragraph 2.

A TRUE BILL:

FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _____
Kyle M. Sawa
Assistant United States Attorney