UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:19-cr-00296-SEB-TAB-1 |
| | ) | |
| HASAN D. LONGON, | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On October 16, 2023, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on October 4, 2023.  [Dkt. 45.]  Defendant appeared in person and by FCD counsel Dominic Martin.  Government represented by AUSA Corbin Houston.  USPO represented by Justin Meier.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.      The Court advised Defendant London of his rights and ensured he had a copy of the Petition.  Defendant orally waived his right to a preliminary hearing.

2.      After being placed under oath, Defendant London admitted violation nos. 1 and 4 as set forth in the Petition

3.      The allegations to which Defendant admitted, as fully set forth in the Petition, are:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1 | **"You shall report to the probation officer in a manner and frequency directed by the Court or probation officer."** |

An appointment notice was mailed to Mr. London's last known residence instructing him to report to the probation office on September 12, 2023, at 11:00 am. Mr. London failed to report as directed. He has made no attempts to contact the probation officer since that time. His last face-to-face contact with a probation officer was in June 2023.

4    **"You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer."**

Mr. London reported for his initial appointment with Cornerstone Support Services LLC, on July 13, 2023. He failed to report for his following two scheduled counseling sessions on July 25, 2023, and again on August 8, 2023.

4.    The Court finds that:

(a)    The highest grade of violation is a Grade C violation.

(b)    Defendant's criminal history category is III.

(c)    The range of imprisonment applicable upon revocation of supervised release, therefore, is 5 to 11 months' imprisonment.

5.    The parties jointly recommended a sentence of five (5) months incarceration with one (1) year of supervised release to follow, in exchange for the government dismissing violation nos. 2 and 3 as alleged in the Petition.  Defendant requested placement at the federal prison camp at FCI Terre Haute, Indiana.

The Magistrate Judge, having considered the factors set forth in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions set forth in in violation nos. 1 and 4 of the Petition, and recommends that Defendant's supervised release be revoked, and that Defendant be sentenced to the custody of the Attorney General or his designee for a period of five (5) months, with one (1) year of supervised release to follow.  The Magistrate Judge further recommends Defendant's placement at the federal prison camp at FCI Terre Haute, Indiana, if such facility provides an appropriate level of security.

In addition to the mandatory conditions of supervision, the following conditions of supervised release will be imposed:

1. You shall report to the probation office in the judicial district to which you are released within 72 hours of release from the custody of the Bureau of Prisons.

2. You shall report to the probation officer in a manner and frequency directed by the court or probation officer.

3. You shall permit a probation officer to visit you at a reasonable time at home, or another place where the officer may legitimately enter by right or consent, and shall permit confiscation of any contraband observed in plain view of the probation officer.

4. You shall not knowingly leave the judicial district without the permission of the court or probation officer.

5. You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege.

6. You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact.

7. You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change.

8. You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon.

9. You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer.

10. You shall maintain lawful full-time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment.

11. You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

12. As directed by the probation officer, you shall notify third parties who may be impacted by the nature of the conduct underlying your current or prior offense(s) of conviction and/or shall permit the probation officer to make such notifications and/or confirm your compliance with this requirement.

13.   You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision.

Justification: Conditions 1-13 are considered administrative in nature and will enable the probation officer to effectively supervise the offender within the community.

14.   You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods.

15.   You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage.

Justification: Conditions 14 and 15 are recommended based on the offender's history of illicit drug use.

16.   You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement  may assist as necessary. You shall submit to the seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches.

Justification: Condition 16 is recommended due to the nature of the instant offense and the offender's history of firearms possession. This condition will assist the probation officer in monitoring him for protection of the community.

17.   You shall not associate with gangs or those affiliated with gangs.

Justification: Condition 17 is recommended based on the offender's alleged gang involvement as a juvenile. This condition will also reduce the risk of recidivism and provide for public safety.

18.   You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer.

Justification: Condition 18 is recommended due to the offender's history of illicit drug use and will allow the probation officer to quickly refer him to treatment, should the need arise.

Defendant waived reading of the above conditions on the record.

The Defendant is to remain in custody pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to this Report and Recommendation.


Dated:  16 OCT 2023

_____

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana




Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system

USPO

USMS